CUNIE LEFKOWITZ, Appellant, *v.* GREENWICH SAVINGS BANK, Respondent.

Submitted June 5, 1944; decided July 19, 1944.

*Jacob S. Schneider* for appellant.

*Herbert F. Hastings, Jr.,* and *F. G. Mann* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.